Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

_____ Division

FILED BY _____ D.C.

MAY 17 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

GLYNDA HOLCOMB

)
)
)
)
)
)
)
)

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

**-v-**

EEOC; SO FL WORKFORCE INVESTMENT BOARD;
CAREERSOURCE; MIAMI DADE COUNTY MAYOR
CAVA; MIAMI DADE COUNTY ATTORNEY
CANDELLA

)
)
)
)
)
)
)
)
)

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Glynda Holcomb |
| Street Address | General Delivery |
| City and County | Orlando Orange |
| State and Zip Code | FL 32802 |
| Telephone Number | (850) 203-2201 |
| E-mail Address | gholcomb585@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | EEOC |
| Job or Title *(if known)* | District Office Manager |
| Street Address | 100 2nd Avenue Suite 1500 |
| City and County | Miami Miami-Dade |
| State and Zip Code | FL 33131 |
| Telephone Number | 800-669-4000 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Southern Florida Workforce Investment Board/CareerSource |
| Job or Title *(if known)* | Executive Director Rick Beasley |
| Street Address | 7300 Corporate Center Dr #500 |
| City and County | Miami Miami-Dade |
| State and Zip Code | FL 33126 |
| Telephone Number | (305) 594-7615 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Daniella Levine Cava and William Candella |
| Job or Title *(if known)* | County Mayor and County Attorney |
| Street Address | 111 NW 1st Street |
| City and County | Miami Miami-Dade |
| State and Zip Code | FL 33128 |
| Telephone Number | (305) 375-5071 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Civil Rights Act 1964; Title VI, 42 U.S.C.; ADA 1990;

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* Glynda Holcomb _____, is a citizen of the State of *(name)* FL _____.

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* All Defendants are incorporated _____, is incorporated under

the laws of the State of *(name)* FL _____, and has its

principal place of business in the State of *(name)* FL _____.

Or is incorporated under the laws of *(foreign nation)* USA _____,

and has its principal place of business in *(name)* USA and FL _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff requests a one-time lump sum payment in the amount of $500 Million United States Dollars for racial discrimination, disability discrimination, etc. in relation to job seeking; application seeking, etc

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Plaintiff visited multiple CareerSource locations in Miami, Miami-Dade County, FL during the period outlined in the detailed complaint. Plaintiff was denied applications, interviews, and assessments as an African American; person with a physical disability, and one who complained of the discrimination.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff asks the court to investigate the complaint, records, and remain transparent.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          05/13/2022

Signature of Plaintiff

Printed Name of Plaintiff          Glynda Holcomb

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

_____ Division

GLYNDA HOLCOMB

)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

)
)
)
)
)

Jury Trial:  *(check one)*  ☑ Yes  ☐ No

-v-

EEOC; SO FL WORKFORCE INVESTMENT
BOARD/CAREERSOURCE; MIAMI DADE COUNTY
MAYOR CAVA AND ATTORNEY CANDELLA

)
)
)
)
)

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Glynda Holcomb |
| Address | General Delivery |
| | Orlando |

| City | State | Zip Code |
|---|---|---|
| Orlando | FL | 32802 |

| | |
|---|---|
| County | Orange |
| Telephone Number | (850) 203-2201 |
| E-Mail Address | gholcomb585@yahoo.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | EEOC |
| Job or Title *(if known)* | District Office Manager |
| Address | 100 2nd Street #1500 |

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33131 |

| | |
|---|---|
| County | Miami-Dade |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Rick Beasley |
| Job or Title *(if known)* | Executive Director of SO FL Workforce Investment Board |
| Address | 7300 Corporate Center Dr #500 |

| City | State | Zip Code |
|---|---|---|
| Miami | FL | 33126 |

| | |
|---|---|
| County | Miami-Dade |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name                                    Daniella L. Cava and William Candella
    Job or Title *(if known)*               County Mayor and County Attorney
    Address                                 111 NW 1st Street

| Miami | FL | 33128 |
|-------|-----|-------|
| *City* | *State* | *Zip Code* |

    County                                  Miami-Dade
    Telephone Number
    E-Mail Address *(if known)*

    [ ] Individual capacity        [✔] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | *City* | *State* | *Zip Code* |

    County
    Telephone Number
    E-Mail Address *(if known)*

    [ ] Individual capacity        [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [✔] Federal officials (a *Bivens* claim)

    [ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
    Racism, Discrimination, Human Rights violationis, etc

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

All Defendants were properly notified of the incidents and all responded with disdain. None desired to investigate or handle the allegations. All dismissed the allegations and did not offer any plausible solutioins. All contacted each other and worked together to suppress the initial complaints at the local, state, and federal level.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

All Defendants were properly notified of the incidents and all responded with disdain. None desired to investigate or handle the allegations. All dismissed the allegations and did not offer any plausible solutioins. All contacted each other and worked together to suppress the initial complaints at the local, state, and federal level. When each Defendant became aware of the actions' of the others', each official individual was obligated to recall and call the allegations to their floor and arrive at a joint resolution.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Miami, Miami-Dade, Florida

B.    What date and approximate time did the events giving rise to your claim(s) occur?
Winter 2019 and Spring 2020; November 2019 and February 2020

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
Plaintiff visited multiple CareerSource locations in Miami, FL seeking employment. Plaintiff was denied applications and deferred from applying to public vacancies via the Southern Florida Workforce Investment Board's CareerSource. Plaintiff formally complained to the Human Rights Office of Miami, FL; the Mayor's Office; and then the Equal Employment Opportunity Commission of Miami, FL.

Many applicants across the CareerSource locations specifically stated, ""Black People" ain't getting no jobs here and you might as well stop looking."

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff sustained mental illness and suffered post-traumatic stress disorder from the systematically repeated acts of discrimination, racism, and disability scrutiny.

V.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff asks the court to investigate the complaint, records, and remain transparent. Plaintiff seeks a one-time $500 Million United States Dollar settlement.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____05/13/2022_____

Signature of Plaintiff       _____

Printed Name of Plaintiff    Glynda Holcomb_____

### B.   For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number                 _____

Name of Law Firm           _____

Address                    _____

                           _____
                               *City*          *State*       *Zip Code*

Telephone Number           _____

E-mail Address             _____

**Certificate of Service**

**I hereby certify** that a true and correct copy of the foregoing was served by United States Postal Service Certified Mail on May 13, 2022, on all counsel or parties of record on the Service List below.

_Signature of Filer_

## SERVICE LIST

Party or Attorney Name
Chief Justice EEOC Headquarters
131 M Street, NE
Washington, DC 20507
Telephone: (202) 921-3191
Facsimile: (202) 827-2349
Charlotte Burrows

United States Postal Service Certified
Mail Tracking Number:

7014 2870 0000 0520 6 4354

Party or Attorney Name
Rick Beasley, Executive Director
7300 Corporate Center Dr # 500 Miami,
FL 33126
Telephone: (305) 594-7615
Attorneys for Plaintiff/Defendant
Unknown

United States Postal Service Certified
Mail Tracking Number:

7014 2870 0000 0520 6 4347

Miami Dade County Mayor
Daniella L. Cava and
William Candela
Assistant County Attorney
111 NW 1st Street
Miami, FL 33128
Telephone: (305)375-2147

United States Postal Service Certified
Mail Tracking Number:

7014 2870 0000 0520 6 4378

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**GLYNDA HOLCOMB,**

Plaintiff

**COMPLAINT
DEMAND FOR A JURY TRIAL**

**EEOC et al.,**

Case No.: _-_____

Defendants

## INTRODUCTION

(a) Claim for Relief: This pleading states a claim for relief and contain:
(1) a short and plain statement of the grounds for the court's jurisdiction,
(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
(3) a demand for the relief sought, which include relief in alternative relief.

Civil suits in which federal employees can be held liable for a financial judgment or possibly
need to hire a private attorney are often referred to as Bivens Actions, Constitutional torts,
Personal Capacity or Individual Capacity Lawsuits. These federal and state employees are
removed from absolute immunity for this type of lawsuit and DOJ representation is not
mandatory because of the deliberate allegations.

Absolute Immunity and Indemnification do not entirely apply here since the Department of
Justice was contacted and the EEOC Headquarters in Washington, DC. Both entities were made
aware of the actions by the staff within the EEOC Miami Field Office in Miami, FL. Again, the
EEOC Headquarters directed and duly instructed the EEOC Miami Field Office to handle this
claim without bias and prejudice. EEOC assigned staff (e.g., investigator Delarosa, Supervisor
Twanya Westmoreland, FIOA Respondent Fredricka Warren, etc.) overtly and knowingly
behaved in such a way to interfere with fair treatment and compensatory recovery.

## DESCRIPTION OF PARTIES

1.     Glynda Holcomb, Plaintiff, is a U. S. Citizen having engaged in formal complaint
       processes as instructed with the following entities/Defendants.

2.     Equal Employment Opportunity Commission, Miami Field Office, is located at 100 SE
       2nd St #1500, Miami, FL 33131.

3.   South Florida Workforce Investment Board is located at 7300 Corporate Center Dr # 500, Miami, FL 33126.

4.   CareerSource, Northside Onestop Career Center, 7900 NW 27th Ave #200, Miami, FL 33147.

5.   Miami Dade County Attorney William X. Candela office is located at 111 NW 1st Street, FL 28, Miami, FL, 33128-1930. (There was a previous attorney on record).

6.   Miami Dade County Mayor Daniella Levine Cava office is located at 111 NW 1st Street, 29th Floor, Miami, FL 33128.

## SUBJECT MATTER JURISDICTION

Plaintiff has filed in proper Court and sets forth facts establishing that this Court has subject matter jurisdiction, personal jurisdiction, and venue to hear the Complaint. U. S. District Court of Southern Florida has jurisdiction over this complaint because: (1) the claims are between citizens of different states, (2) involve relief sought in excess of $75,000; and (3) the complaint alleges claims arising under federal laws or the United States Constitution. Venue is generally proper in this situation because the Defendants are incorporated in and do business within the state of Florida—in which this Court is located. The acts give rise to the alleged harm occurred in southern Florida—specifically Miami Dade County, FL.

Plaintiff asserts Court has jurisdiction as follows:

7.   This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.

8.   This Court has personal jurisdiction over the Defendants' corporations because the Corporations' principal places of business are located in this state.

9.   Venue is proper pursuant to 28 U.S.C. 1391(b) because the events gave rise to the allegations in this complaint occurred in this district.

## COMPLAINT ALLEGATIONS

10.  Altogether, the Defendants' conduct indisputably and clearly demonstrates a collective intent to prevent lawful and equal opportunity employment; unbiased placement for hire in the public and private sector, and the collective actions by the Defendants are utterly in violation of Title VII Civil Rights Act 1964, Title VII Civil Rights Act 1983, and

American With Disabilities Act 1990 against an African American applicant with obvious physical-mobility issues.

11.    Plaintiff visited multiple CareerSource locations—which is managed by the South Florida Workforce Investment Board—in Miami, Florida in the winter of 2020 between December and January 2020. Plaintiff sought to apply for employment within the Miami International Airport and posted employers.

12.    Plaintiff was denied the right to apply for equal opportunity employment opportunities at the Northside Onestop Career Center in 2020 and at other locations on the same day because the onsite Liaisons and CareerSource employees preferred Latino Hispanic and other non-African American or Black applicants.

13.    Plaintiff grieved to onsite Director of the Northside Career Onestop Center, and the Director did not allow the application, thus yielding to the Liaison for the Miami International Airport. Plaintiff grieved to the Human Rights Administration within Miami Dade County and later the EEOC. Miami Dade County did not take any steps to justify the violations.

14.    The EEOC failed to adequately investigate, assign penalties, and close the formal charge without Mediation or any attempt of recovery for the known violations.

## LEGAL CLAIMS: CAUSE OF ACTION

**Count 1:**      **Racial Discrimination**

15.    Plaintiff re-alleges all previous allegations that appear above. Title VII Civil Rights Act of 1964 prohibits discrimination on the basis of race, color, religion, sex or national origin. Title VII Civil Rights Act of 1983 enforce civil rights that already exist and allows an individual the right to sue state government employees and others acting "under color of state law" for civil rights violations.

**Count 2:**      **Refusing Hire via Racial Discrimination**

16.    Provisions to Title VII Civil Rights of 1964 forbid discrimination on the basis of sex, as well as, **race in hiring**, promoting, and firing.

**Count 3:**      **Job Advertisements and Recruitment**

17.    There is an obligation for **employers** not to discriminate **against employees or potential employees**. Also, if one believes a job has not been fairly advertised, an employer may be penalized.

**Count 4:**     **Denial of Equal Employment Opportunities**

18.     EEOC Rehabilitation Act of 1973 Sections 501 and 505, as amended, protects employees and job applicants from **employment discrimination based on disability**. This law covers qualified employees and **job applicants with disabilities**. It also requires Federal agencies to make reasonable accommodation of any known disabilities unless such accommodation would cause an undue hardship.

**Count 5:**     **American with Disabilities Act of 1990 Violations**

19.     American with Disabilities Act of 1990 is a civil rights law that prohibits discrimination against individuals with disabilities in all areas of public life, **including jobs,** schools, transportation, and all public and private places that are open to the general public.

## REQUEST FOR DAMAGES AND RELIEF

20.     The Civil Rights Act of 1991 amends several sections of Title VII to **strengthen** and **improve** Federal civil rights laws and provide for recovery of compensatory damages in Federal sector cases of intentional employment discrimination. Plaintiff seeks a one-time lump sum payment of $500 Million United States Dollars to be paid as a collective from the Defendants or separately upon refusal to mediate and arbitrate. If Defendants are willing to Mediate or settle before jury trial, Plaintiff is open for reasonable settlement.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

_____ Division

| | |
|---|---|
| GLYNDA HOLCOMB | Case No. _____ |
| | (to be filled in by the Clerk's Office) |
| _____ | |
| *Plaintiff(s)* | Jury Trial: *(check one)* ☑Yes ☐No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| –v– | |
| EEOC; SO FL WORKFORCE INVESTMENT BOARD/CAREERSOURCE; MIAMI DADE COUNTY MAYOR CAVA AND ATTORNEY CANDELLA | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | EEOC |
| Street Address | 100 SE 2nd St #1500 |
| City and County | Miami Miami-Dade |
| State and Zip Code | FL 33131 |
| Telephone Number | 800-669-4000 |
| E-mail Address | |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Daniella L. Cava |
| Job or Title *(if known)* | Miami Dade County Mayor |
| Street Address | 111 NW 1st Street |
| City and County | Miami Miami-Dade |
| State and Zip Code | FL 33128 |
| Telephone Number | (305) 375-5071 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | William Candella |
| Job or Title *(if known)* | Miami Dade County Attorney |
| Street Address | 111 NW 1st Street |
| City and County | Miami Miami-Dade |
| State and Zip Code | FL 33128 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Rick Beasley |
| Job or Title *(if known)* | Executive Director SO FL Workforce and CareerSource |
| Street Address | 7300 Corporate Center Dr #500 |
| City and County | Miami Miami-Dade |
| State and Zip Code | FL 33126 |
| Telephone Number | (305) 594-7615 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Northside OneStop Career Center |
| Street Address | 7900 NW 27th Ave #200 |
| City and County | Miami Miami-Dade |
| State and Zip Code | FL 33147 |
| Telephone Number | (305) 693-2060 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

Title 42

☐    Relevant state law *(specify, if known)*:

☑    Relevant city or county law *(specify, if known)*:

Human Rights Ordinance Chapter 11A

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*:  Refused applications as a public applicant

  *(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

October 2019 and February 2020

C.   I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [x] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

  Physical Mobility and Limitations (Post-surgical) etc.

E.   The facts of my case are as follows.  Attach additional pages if needed.

I visited the careersource location mentioned and others in Hialeah and Doral seeking employment opportunities from those posted and those I were made aware of from personal searches. I found myself discussing my surgical history; past injuries during face-to-face encounters; and being denied applications. I remember being turned away from careersource locations in predominately filled Latino areas, and the actions did not reach threshold immediately because I am not from Florida. Upon the visit to the location in Northside, I experienced blatant racism and discriminatory acts for attempting to apply to jobs available within the Miami International Airport before the Superbowl between the Kansas City Chiefs and San Francisco 49ers.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

February 2020, March 2020, and June 2021

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)*  _____ .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff is seeking a collective, one-time lump sum payment in the amount of $500 Million United States Dollars from all Defendants. If any or all refuse to mediate, Plaintiff seeks $500 Million USD from each Defendant.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.       For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          05/13/2022

Signature of Plaintiff

Printed Name of Plaintiff       Glynda Holcomb

### B.       For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



G Holcomb
General Delivery
Orlando, FL 32802

CERTIFIED MAIL
7014 2870 0000 5206 43

USPS CERTIFIED MAIL

9507 1065 9076 2133 8413 22

U.S. District Court
Southern District Flo
400 North Miami Ave
Wilkie D. Ferguson Co
Miami, FL 33128